IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, COAL RIVER MOUNTAIN WATCH, OHIO VALLEY ENVIRONMENTAL COALITION, DEFENDERS OF WILDLIFE<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL M. ASHE, Director, U.S. Fish and Wildlife Service,<br>S.M.R. JEWELL, Secretary of the Interior,<br>U.S. FISH AND WILDLIFE SERVICE<br><br>Defendants,<br><br>and<br><br>AMERICAN FOREST & PAPER ASSOCIATION, *et al.*,<br><br>Defendant-Intervenors. | Case Number: 1:15-cv-00477-EGS<br>Honorable E.G. Sullivan |

**NOTICE OF SERVICE OF ADMINISTRATIVE RECORD**

Please take notice that, on July 1, 2016, pursuant to the Court's Minute Orders dated May 19, 2016 and June 7, 2016, Federal Defendants served the Administrative Record and indices ("Administrative Record") on counsel of record for all parties to this action. Federal Defendants sent three copies of the Administrative Record on flash drives to Defenders of Wildlife's counsel, two copies to Defendant-Intervenors' counsel, and a total of two copies to the counsel for Center for Biological Diversity, Sierra Club, Coal River Mountain Watch, and Ohio Valley Environmental Coalition. The Administrative Record was sent to the parties via Federal Express Priority Overnight Mail, and each party received the Administrative Record on July 1, 2016. Two

weeks after either an order resolving all administrative record disputes or the parties' resolution of any administrative record concerns themselves, whichever is later, Federal Defendants will file the certified list of the contents of the administrative record with the Court and provide the Court with a complete copy of the Administrative Record on a flash drive. Minute Order (June 7, 2016); *see* LCvR 7(n)(1).

DATED: July 1, 2016

Respectfully submitted,

JOHN C. CRUDEN, Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

/s/ *Lucinda Bach*
LUCINDA BACH, Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 616-9663 (tel)
(202) 305-0275 (fax)
lucinda.bach@usdoj.gov

Of Counsel for Federal Defendants:

STUART N. RADDE, Attorney Advisor
United States Department of the Interior
Office of the Solicitor

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2016, a true and correct copy of the above Notice was electronically filed with the Clerk of Court using CM/ECF. Copies of the Notice will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

        /s/ *Kaitlyn Poirier*
        KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
        U.S. Department of Justice
        Environment and Natural Resources Division
        Wildlife and Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        (202) 307-6623 (tel)
        (202) 305-0275 (fax)
        kaitlyn.poirier@usdoj.gov