# Exhibit 5

In Support of Plaintiffs' Partial Motion for Summary Judgment
on Their Endangered Species Act Listing Claims

in

*Center for Biological Diversity et al., v. Jim Kurth et al.,* No. 1:15-cv-00477-EGS

and

*Defenders of Wildlife v. Jim Kurth et al.*, No. 1:16-cv-00910-EGS

Consolidated Cases

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DANIEL M. ASHE, *et al.*,<br><br>    Federal Defendants,<br><br>AMERICAN FOREST & PAPER ASSOCIATION, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 1:15-cv-00477-EGS |
| DEFENDERS OF WILDLIFE,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL M. ASHE, *et al.*,<br><br>    Federal Defendants.<br><br>AMERICAN FOREST & PAPER ASSOCIATION, *et al.*,<br><br>    Defendant-Intervenors. | Case No. 1:16-cv-00910-EGS<br>(Consolidated Case)<br>Honorable E.G. Sullivan |

**DECLARATION OF PEGGY BONE**

I, Peggy Bone hereby declare as follows:

    1.    The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to these facts. As to those matters

1

which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am over 21 years of age. I live in Naoma, West Virginia. I have lived here 42 years. I am a member and employee of Coal River Mountain Watch and have been since 2012. I joined Coal River Mountain Watch and support its work because I love my home and our mountains. My family and I enjoy being able to go out in our yard and observe the beauty of our mountains and the native wildlife just sitting on our front porch. In the evenings we go out to watch bats, possibly including northern long-eared bats, fly. We also take family hikes to observe the habitats of wildlife. This is something my parents did with me and I did with my children and will I continue to do so with my grandchildren.

3. I was born in Cleveland Ohio and moved to Naoma, where both my parents were raised, when I was 6 years old. I graduated from Marsh Fork High School and immediately married and started my family, got divorced and started work in health care for 23 years. Then I was offered a job for Coal River Mountain Watch as the Office Manager in 2012.

4. When I was growing up in Naoma, my parents took our family hiking in the woods and to these caves around a place called the Old Girl Scout Camp, and around Leevale and Hazy, to enjoy the native wildlife and scenery. My father would have us count the bats and sometimes look into the caves to see them. These are activities that I continued to do as my children got older and now I still do with my grandchildren. They love counting the bats, possibly including northern long-eared bats, and just watching them soar above our heads. It is such a peaceful time, sitting with your grandchildren on the ground looking above at the beautiful skies and seeing the wildlife in its original habitats. I would love to see the northern long-eared bats better protected by our government so that future generations can continue to enjoy them as I have. I pray that God allows my children to enjoy the simple things with their

children.

5. I feel that the northern long-eared bats deserve our protection. Our family has enjoyed watching and exploring their habitat for over 70 years. I have given birth to 3 sons and have raised 8 sons. I have 17 grandchildren and several nieces and nephews with whom I would love to continue sharing these beautiful creatures. We have noticed a decline in the number of bats over the years. However with the hope of getting them better protected by our government, my children will continue to enjoy the solace of watching them soar above.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of March, 2017

*Peggy Bone* (signature)
Peggy Bone
Naoma, West Virginia