## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:15-cv-00477-EGS |
| GREG SHEEHAN *et al.*, | ) ) ) | |
| Federal Defendants, | ) ) | |
| AMERICAN FOREST & PAPER ASSOCIATION *et al.*, | ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |
| DEFENDERS OF WILDLIFE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:16-cv-00910-EGS (Consolidated Case) |
| GREG SHEEHAN *et al.*, | ) ) ) | |
| Federal Defendants, | ) ) | |
| AMERICAN FOREST & PAPER ASSOCIATION *et al.*, | ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

### JOINT MOTION FOR CLARIFICATION

The parties hereby respectfully submit this joint motion to seek clarification of the Court's August 25, 2017 Minute Order granting an unopposed motion to amend the remaining briefing schedule. Relevant to this motion for clarification, the Court ordered that "[b]y no later than October 20, 2017, the parties shall file E-briefs containing hyperlinks to cited portions of the administrative record and points and authorities." This Court also ordered "[t]he parties [to]

1

submit to the Court two hard copies and one USB drive containing all pleadings as well as one copy of each principal case or authority cited by any party." Previously, on August 31, 2015, January 13, 2017, and February 22, 2017, the Court ordered the parties to produce the set of hard copies in three-ring binders, with appropriate tables of contents and tabs, with the binders clearly labeled to identify the contents therein. In these prior Orders, the Court required each submission to be single-sided, double-spaced, and 12-point Times New Roman font with one inch margins. The parties assume these prior Orders were incorporated into this Court's August 25, 2017 Minute Order.

To ensure they fully comply with the Court's Orders, the parties seek affirmation or clarification on the following points:

1. Does the Court expect the E-briefs to be filed through ECF? Currently, the parties intend to submit their respective E-briefs with hyperlinked documents on USB drives or DVDs, given that the volume and data size of the documents involved will prohibit the parties from filing them via ECF. Each party intends to submit their E-briefs to the Court on a separate USB drive or DVD. For example, Federal Defendants' E-briefs will be on one USB drive or DVD, while Plaintiffs' E-briefs will be on a separate USB drive or DVD.

2. When embedding links to legal authorities within each E-brief, should parties link directly to online legal databases such as Westlaw or LexisNexis? Or should the parties instead link to PDF versions of the legal authority cited?

3. The Court expects the parties to jointly submit two hard copies and one USB drive containing all pleadings as well as one hard copy of each principal case or authority cited by any party. Does "pleadings" refer only to Plaintiffs' respective complaints and Federal Defendants' and Defendant-Intervenors' answers to those complaints? Or does "pleadings" also include the partial motions for summary judgment, responses, and replies?

4. Would the Court like Amicus State of Wisconsin to submit an E-brief and a binder containing one copy of each principal case or authority that the State of Wisconsin cited in its brief?

The parties seek clarification on these points as well as any further clarification the Court deems helpful or necessary. The parties are amenable to scheduling a joint call with the Court during the week of October 2nd to discuss this matter.

Given that this is a motion for clarification, the parties respectfully request that they be relieved of Local Civil Rule 7(c)'s requirement that each motion be accompanied by a proposed order.

Date: September 28, 2017

Respectfully submitted,

*/s/ Ryan Shannon*
Ryan Shannon (D.C. Bar No. OR 00007)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(214) 476-8755 (tel)
rshannon@biologicaldiversity.org

*Counsel for Plaintiffs Center for*
*Biological Diversity, Sierra Club,*
*Coal River Mountain Watch, and*
*Ohio Valley Environmental Coalition*

*/s/ Jane P. Davenport*
Jane P. Davenport (D.C. Bar. No. 474585)
DEFENDERS OF WILDLIFE
1130 17th St NW
Washington, DC 20036
(202) 772-3274 (tel)
jdavenport@defenders.org
*Counsel for Plaintiff Defenders of Wildlife*

JEFFREY H. WOOD, Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division

Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
kaitlyn.poirier@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Sarah C. Bordelon*
Sarah C. Bordelon
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, NV 89511
Phone: (775) 327-3011
Fax: (775) 786-6179
scbordelon@hollandhart.com
DC Bar No. 987135

*Attorneys for Defendant-Intervenors*