

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

| | |
|---|---|
| BRAD D. SCHIMEL<br>ATTORNEY GENERAL<br><br>Paul W. Connell<br>Deputy Attorney General<br><br>Delanie M. Breuer<br>Chief of Staff | 17 W. Main Street<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>www.doj.state.wi.us<br><br>Gabe Johnson-Karp<br>Assistant Attorney General<br>johnsonkarpg@doj.state.wi.us<br>608/267-8904<br>FAX 608/267-2223 |

October 17, 2017

Clerk of Court
United States District Court
  for the District of Columbia
333 Constitution Ave NW, Room 1225
Washington, DC  20001

> Re:   *Center for Biological Diversity, et al. v. Jim Kurth, et al.*
>        Case No. 1:15-CV-477-EGS
>
>        *Defenders of Wildlife v. Jim Kurth, et al.*
>        Case No. 1:16-CV-910-EGS (Consolidated Case)

Dear Clerk of Court:

In accordance with the Court's order of October 4, 2017, please find enclosed two copies of the State of Wisconsin's brief and record authorities, along with two discs containing identical copies of the Wisconsin's e-brief and authorities. Both hard copies are for the Court, as is one disc; the second disc is for the Clerk of Court, as required under the Court's order.

And as is also required by the Court's order of October 4, 2017, this letter is being filed through the electronic filing system as notification of submission of Wisconsin's e-briefs.

Sincerely,

Electronically signed by:

/s/ Gabe Johnson-Karp
Gabe Johnson-Karp
Assistant Attorney General
State Bar #1084731

GJK:ajw

Enclosures

GABE JOHNSON-KARP
(608) 267-8904
WISCONSIN DEPARTMENT OF JUSTIC
17 WEST MAIN STEET
MADISON  WI 53703-3960

**10 LBS**

**1 OF 1**

**SHIP TO:**
  CLERK OF COURT
  U.S. D.C. FOR DISTRICT OF COLUMBIA
  333 CONSTITUTION AVE NW, RM 1225
  **WASHINGTON   DC 20001**



MD 201 9-58

**UPS 2ND DAY AIR**   **2**
TRACKING #: 1Z F50 624 02 5064 2515

BILLING: P/P

US 20.0.20     LP2442 93.0A 10/2017



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.