IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | |
| v. | Case No. 1:15-CV-477-EGS |
| JIM KURTH, et al., | |
| Federal Defendants, | |
| AMERICAN FOREST & PAPER ASSOCIATION, et al., | |
| Defendants-Intervenors. | |

| | |
|---|---|
| DEFENDERS OF WILDLIFE, | |
| Plaintiff, | Case No. 1:16-CV-910-EGS |
| v. | (Consolidated Case) |
| JIM KURTH, et al., | |
| Federal Defendants, | |
| AMERICAN FOREST & PAPER ASSOCIATION, et al., | |
| Defendants-Intervenors. | |

**NOTICE OF SUBMISSION OF E-BRIEF**

Please take notice that, on October 17, 2017, in accordance with this Court's order of October 4, 2017, amicus curiae State of Wisconsin transmitted copies of the E-brief to the Court via United Parcel Service Second Day Air Delivery Service. A copy of the letter that accompanied that submission, along with the mailing receipt, is attached as Exhibit A.

Dated this 18th day of October, 2017.

        Respectfully submitted,

        BRAD D. SCHIMEL
        Wisconsin Attorney General


        /s/ Gabe Johnson-Karp
        GABE JOHNSON-KARP
        Assistant Attorney General
        State Bar #1084731

        Attorneys for State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8904
(608) 267-2223 (Fax)
johnsonkarpg@doj.state.wi.us

## CERTIFICATE OF SERVICE

    I certify that on October 18, 2017, I electronically filed the foregoing Notice of Submission of E-brief with the clerk of court using the CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

    Dated this 18th day of October, 2017.

                                  <u>/s/ Gabe Johnson-Karp</u>
                                  GABE JOHNSON-KARP
                                  Assistant Attorney General