UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | No. 1:15-cv-00477-EGS |
| GREG SHEEHAN *et al.*, | ) ) ) | |
| Federal Defendants, | ) ) | |
| AMERICAN FOREST & PAPER ASSOCIATION *et al.*, | ) ) ) | |
| Defendant-Intervenors. | ) ) ) | |
| DEFENDERS OF WILDLIFE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:16-cv-00910-EGS (Consolidated Case) |
| GREG SHEEHAN *et al.*, | ) ) ) | |
| Federal Defendants, | ) ) | |
| AMERICAN FOREST & PAPER ASSOCIATION *et al.*, | ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

**NOTICE OF SUBMISSION OF E-BRIEF**

Please take note that, on October 20, 2017, in accordance with this Court's order of October 4, 2017, Plaintiffs delivered to the Clerk of the Court via courier the following:

(1)  Two USB drives containing Plaintiffs' E-briefs and supporting hyperlinked documents; and,

1

(2) Two sets of three-ring binders containing paper copies of Plaintiffs' briefs, exhibits, and the portions of the administrative record cited in Plaintiffs' briefs.

A copy of the letter that accompanied that submission is attached as Exhibit A.

Date: October 20, 2017                                          Respectfully submitted,

| | |
|---|---|
| */s/ Ryan Shannon* | */s/ Jane P. Davenport* |
| Ryan Shannon (D.C. Bar No. OR 00007) | Jane P. Davenport (D.C. Bar. No. 474585) |
| CENTER FOR BIOLOGICAL DIVERSITY | DEFENDERS OF WILDLIFE |
| P.O. Box 11374 | 1130 17th St NW |
| Portland, OR 97211 | Washington, DC 20036 |
| (503) 282-5475 ext. 407 | (202) 772-3274 (tel) |
| rshannon@biologicaldiversity.org | jdavenport@defenders.org |
| | |
| Counsel for Plaintiffs Center for Biological Diversity, Sierra Club, Coal River Mountain Watch, and Ohio Valley Environmental Coalition | Counsel for Plaintiff Defenders of Wildlife |