**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:15-cv-00477-EGS |
| ) | |
| GREG SHEEHAN, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AMERICAN FOREST & PAPER ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |
| DEFENDERS OF WILDLIFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GREG SHEEHAN, *et al.*, ) | |
| ) | Case No. 1:16-cv-00910-EGS |
| Defendants, ) | (Consolidated Cases) |
| ) | Honorable E.G. Sullivan |
| and ) | |
| ) | |
| AMERICAN FOREST & PAPER ) | |
| ASSOCIATION, *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

**NOTICE OF SUPPLEMENTAL RULING**

In briefing submitted in the above captioned case, Plaintiffs, Federal Defendants, and

Defendant-Intervenors cited to *Ctr. for Biological Diversity v. Jewell*, No. CV-14-02506-TUC-

RM (D. Ariz.). *See* Plaintiffs' Partial Motion for Summary Judgment, ECF No. 52 at 6-7, 45, 48,

51, 52 n. 30, 59; Federal Defendants' Opposition and Partial Motion for Summary Judgment, ECF

No. 53 at 37-38, 37 n. 10; Defendant-Intervenors' Opposition and Partial Motion for Summary

Judgment, ECF No. 56 at 19, 19 n.1; Plaintiffs' Opposition and Reply, ECF No. 59 at 7, 34 n. 24,

38. As the parties were briefing this case, there was a pending motion to alter or amend judgment

in the District of Arizona case filed by defendants Sally Jewell, then Secretary of the United States

Department of the Interior and Daniel M. Ashe, then Director of the United States Fish and

Wildlife Service. *See Ctr. for Biological Diversity v. Jewell*, No. CV-14-02506-TUC-RM (D.

Ariz.), ECF No. 76. On October 25, 2017, the court in the District of Arizona issued an order

granting in part and denying in part the motion to alter or amend judgment. *Id.* at ECF No. 81. The

court's order is attached as Exhibit 1.

Dated: November 1, 2017

Respectfully submitted,

JEFFREY H. WOOD, Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2017, a true and correct copy of the above Notice was electronically filed with the Clerk of Court using CM/ECF. Copies of the Notice will be served upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants