**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 1:15-cv-00477-EGS |
| ) | |
| AURELIA SKIPWITH[1], et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| AMERICAN FOREST & PAPER ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |
| DEFENDERS OF WILDLIFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AURELIA SKIPWITH,[2] et al., ) | |
| ) | Case No. 1:16-cv-00910-EGS |
| Defendants, ) | (Consolidated Cases) |
| ) | |
| and ) | |
| ) | |
| AMERICAN FOREST & PAPER ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |

---

[1] Aurelia Skipwith, Director of the United States Fish and Wildlife Service, is automatically substituted for her predecessor in office pursuant to Federal Rule of Civil Procedure 25(d).
[2] See footnote 1.

## FEDERAL DEFENDANTS' NOTICE OF APPEAL

Please take notice that, pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, Federal Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior; Aurelia Skipwith, in her official capacity as Director of the United States Fish and Wildlife Service; and the United States Fish and Wildlife Service (collectively, "Federal Defendants"), hereby appeal to the United States Court of Appeals for the District of Columbia Circuit. Federal Defendants appeal the United States District Court for the District of Columbia's Order Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment (ECF 52), Federal Defendants' Motion for Partial Summary Judgment (ECF 53), and Defendant-Intervenors' Motion for Partial Summary Judgment (ECF 56) as well as the accompanying Memorandum Opinion. *See* ECF 80, 81. Copies of the Order and Memorandum Opinion are attached as Exhibits 1 and 2.

This notice of appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B)(ii)-(iii) and 26(a)(1). As the government, Federal Defendants are exempt from paying a docket fee.

Dated: March 27, 2020

Respectfully submitted,

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275

kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, a true and correct copy of the above document was

electronically filed with the Clerk of Court using CM/ECF. Copies of the document will be served

upon interested counsel via the Notices of Electronic Filing that are generated by CM/ECF.

*/s/ Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
kaitlyn.poirier@usdoj.gov

Attorneys for Federal Defendants