IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, LLC, <br><br> Plaintiffs, <br> vs. <br><br> AURELIA SKIPWORTH[1], *et al.*, <br><br> Federal Defendants, <br> and <br><br> AMERICAN FOREST & PAPER ASSOCIATION, *et al.*, <br><br> Defendant-Intervenors. | No. 1:15-cv-00477-EGS |
| DEFENDERS OF WILDLIFE, <br><br> Plaintiff, <br> vs. <br><br> AURELIA SKIPWORTH,[2] *et al.*, <br><br> Federal Defendants, <br> and <br><br> AMERICAN FOREST & PAPER ASSOCIATION, *et al.*, <br><br> Defendant-Intervenors. | No. 1:16-cv-00910-EGS <br> (Consolidated Case) |

**DEFENDANT-INTERVENORS' NOTICE OF APPEAL**

---

[1] Aurelia Skipworth, Director of the United States Fish and Wildlife Service, is automatically substituted for her predecessor in office pursuant to Federal Rule of Civil Procedure 25(d).
[2] *See* note 1.

Defendant-Intervenors[3] in the above-captioned consolidated cases provide notice that pursuant to 28 U.S.C. § 1291, and Federal Rules of Appellate Procedure 3 and 4, Defendant-Intervenors hereby appeal from the January 28, 2020 Order Granting in Part and Denying in Part Plaintiff's Motion for Partial Summary Judgment (ECF 52), Federal Defendants' Motion for Partial Summary Judgment (ECF 53), and Defendant-Intervenors' Motion for Partial Summary Judgment (ECF 56) and the accompanying Memorandum Opinion.  *See* ECF 80, 81 (attached as Exhibits 1 and 2).

Dated this 30th day of March, 2020.

<u>/s/ John C. Martin</u>
John C. Martin
HOLLAND & HART LLP
901 K Street N.W., Suite 850
Washington, DC 20001
Phone: (202) 654-6915
Fax: (202) 393-6551
jcmartin@hollandhart.com
DC Bar No. 358679

Sarah C. Bordelon
HOLLAND & HART LLP
5441 Kietzke Lane
Second Floor
Reno, NV 89511
Phone: (775) 327-3011
Fax:  (775) 786-6179
scbordelon@hollandhart.com
DC Bar No. 987135

**Attorneys for Defendant-Intervenors**

---

[3] Defendant-Intervenors pursuing this appeal are: American Exploration & Production Council, American Farm Bureau Federation, American Forest & Paper Association, American Petroleum Institute, Black Hills Forest Resource Association, Chamber of Commerce of the United States of America, Forest Landowners Association, Inc., Forest Resources Association, Inc., Great Lakes Timber Professionals, Hardwood Federation, Marcellus Shale Coalitions, National Alliance of Forest Owners, National Association of Homebuilders of the United States, New Hampshire Timberland Owners Association, Ohio Oil and Gas Association, Pennsylvania Independent Oil & Gas Association, Southeastern Lumber Manufacturer's Association, Inc., and West Virginia Oil and Natural Gas Association.  Defendant-Intervenor Independent Petroleum Association of America (IPAA) is not participating in this appeal.

Jeff Augello
National Association of Home Builders
1201 15th Street, NW
Washington, DC 20005
Phone: (202) 266-8490
jaugello@nahb.org
U.S. Supreme Court Bar No. 271257

*Attorney for National Association of Homebuilders*

Steven P. Lehotsky
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
Phone: (202) 463-5337
slehotsky@uschamber.com

*Counsel for Intervenor Chamber of Commerce of the United States of America*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, I caused to be electronically filed the foregoing document, Defendant-Intervenors' Notice of Appeal, with the clerk of the court for the United States District Court for the District of Columbia using the CM/ECF system.

*/s/ John C. Martin*
John C. Martin
***Attorney for Defendant-Intervenors***

14403436_v1