# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5078**                                   **September Term, 2019**

**1:16-cv-00910-EGS**
**1:15-cv-00477-EGS**

**Filed On: May 13, 2020** [1842657]

Center for Biological Diversity, et al.,

      Appellees

    v.

Aurelia Skipwith, in her official capacity as
Director of US Fish and Wildlife Service, et
al.,

      Appellees

American Forest & Paper Association, et al.,

      Appellants

Independent Petroleum Association of
America,

      Appellee

## M A N D A T E

In accordance with the order of May 13, 2020, and pursuant to Federal Rule of
Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Lynda M. Flippin
Deputy Clerk

Link to the order filed May 13, 2020