# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 20-5075**                          **September Term, 2019**

1:15-cv-00477-EGS
1:16-cv-00910-EGS

**Filed On: May 13, 2020**

Center for Biological Diversity, et al.,

        Appellees

     v.

Aurelia Skipwith, in her official capacity as
Director of US Fish and Wildlife Service, et al.,

        Appellants

American Forest & Paper Association, et al.,

        Appellees

------------------------------

Consolidated with 20-5078

## O R D E R

      Upon consideration of the motion of intervenors for defendant-appellants for voluntary dismissal of their appeal in No. 20-5078, and the unopposed motion of appellants in No. 20-5075 to extend the time for filing dispositive motions, it is

      **ORDERED** that the motion for voluntary dismissal be granted and No. 20-5078 be dismissed. It is

      **FURTHER ORDERED** that the consolidation of No. 20-5078 with No. 20-5075 be terminated. It is

      **FURTHER ORDERED** that the motion to extend time be granted. In No. 20-5075, any dispositive motions by appellants or appellees are now due June 29, 2020.

      The Clerk is directed to issue forthwith the mandate in No. 20-5078.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                  BY:     /s/
                                                      Lynda M. Flippin
                                                      Deputy Clerk